UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland Division

**FILED**
**MAR 19 2010**

**VERNE BOGER**
Plaintiff,

CV # 08-124-KI

vs.

**MICHAEL J. ASTRUE,**

**COMMISSIONER of Social Security,**
Defendant.

ORDER FOR ATTORNEY'S FEES
PURSUANT TO 42 U.S.C. 406(b)

The court finds and orders an attorney fee of $25,834.25 pursuant to 42 U.S.C. § 406(b). This court previously awarded Equal Access to Justice Act fees of $8694.30, and an additional award of $3768.13 to Plaintiff's attorneys under 28 U.S.C. § 2412. Upon receipt of the fee of $25,834.25, and the forthcoming supplemental EAJA award, Plaintiff's attorney will refund $8694.30, the EAJA amount previously awarded in this matter, plus $3768.13, the amount just awarded, to Plaintiff, for a total EAJA offset of $12,462.43.

DATED this 19 day of March, 2010.

HON. GARR M. KING
UNITED STATES DISTRICT JUDGE

Presented by:
/s/ Linda Ziskin
LINDA ZISKIN, OSB # 01106
(503) 889-0472
Of Attorneys for Plaintiff

Ziskin Law Office
PO. Box 2237
Lake Oswego, OR 97035